UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABIOLA OLAJUMOKE,

               Plaintiff,

-against-

UNITED STATES OF AMERICA,

               Defendants.

24-CV-7661 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court is respectfully directed to close 24-CV-7661 and to file dkt. no. 4 in 24-CV-7661 on 19-CR-291.

**SO ORDERED.**

Dated:    New York, New York
           April 8, 2025

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge