UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABIOLA OLAJUMOKE,<br><br>                    Plaintiff,<br><br> -against-<br><br> UNITED STATES OF AMERICA,<br><br>                    Defendants. | 19-CR-291 (LAP)<br>24-CV-7661 (LAP)<br><u>ORDER</u> |

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court is respectfully directed to close 24-CV-7661 and to file dkt. no. 4 in 24-CV-7661 on 19-CR-291.

**SO ORDERED.**

Dated:    New York, New York
          April 8, 2025

                        */s/ Loretta A. Preska*
                        _____
                        LORETTA A. PRESKA
                        Senior United States District Judge